UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MAI THI THU TRAN** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:15-cv-01309-JDB |
| **CITIBANK, N.A.** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENTAL DISCLOSURES BY DEFENDANT, CITIBANK, N.A.**

Defendant, Citibank, N.A. ("Citibank"), by its undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a), hereby supplements its initial disclosures in this matter to identify an additional individual likely to have discoverable information that Citibank may use to support its claims or defenses. In addition to the individuals previously identified by Citibank, Rosario Amato of Citibank is believed to have knowledge of information relating to the allegations in the Complaint, the Plaintiff's admissions concerning her awareness of her husband's alleged wrongdoings and the receipt of bank statements at her address, as well as other information relating to the Plaintiff's claims of alleged unauthorized transactions on her account. Mr. Amato is a current employee of Citibank, whose office is located at 1 Court Square, Long Island City, NY.

    /s/ Sarah E. Meyer
Sarah E. Meyer (Bar No. 1005881)
Email: semeyer@tph-law.com
Virginia W. Barnhart (Bar No. 489161)
Email: vwbarnhart@tph-law.com
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, Maryland 21204
Tel: (410) 494-7777
*Attorneys for Citibank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of March, 2017, a copy of the foregoing Supplemental of Defendant Citibank, N.A. was served by email and US Mail upon:

>Donald M. Temple, Esq.
>Donald M. Temple, P.C.
>1101 15th Street, N.W. Suite #203
>Washington, D.C. 20005
>
>*Attorneys for Plaintiff*

       /s/ Sarah E. Meyer
    Sarah E. Meyer (Bar No. 1005881)