UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MAI THI THU TRAN** | * | |
|     **Plaintiff,** | * | |
| **v.** | * | Civil Action No. 1:15-cv-01309-JDB |
| **CITIBANK, N.A.** | * | |
|     **Defendant.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT'S RULE 26(a)(2) EXPERT WITNESS DISCLOSURE

Defendant, Citibank, N.A., by its undersigned attorneys and pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, hereby identifies Nancy Lewis, Senior Vice President of Citigroup, Inc., whose business address is 1 Court Square West, Long Island City, NY 11101, as its expert witness in retail banking and consumer accounts with respect to the opening of the Plaintiff's accounts at Citibank and the withdrawal of funds thereafter from the Plaintiff's accounts. Ms. Lewis' Preliminary Expert Report, background and qualifications are attached. Specifically, Ms. Lewis is expected to provide testimony consistent with the opinions set forth in her accompanying Preliminary Expert Report regarding whether Citibank acted in accordance with generally accepted applicable banking industry standards of care:

1. in the opening of the Plaintiff's Citibank accounts;

2. in providing monthly account statements to her;

3. in handling transactions on her account(s) through industry accepted verification procedures; and

4. in denying the Plaintiff's claims of unauthorized withdrawals.

Subject to ongoing investigation and discovery, the Defendant reserves the right to augment and enlarge the scope of Ms. Lewis's opinions, report and testimony.

   /s/ Virginia W. Barnhart
Virginia W. Barnhart (Bar No. 489161)
Email: vwbarnhart@tph-law.com
Sarah E. Meyer (Bar No. 1005881)
Email: semeyer@tph-law.com
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, MD  21204
Tel: (410) 494-7777

*Attorneys for Citibank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of March, 2017, a copy of the foregoing RULE 26(a)(2) EXPERT WITNESS DISCLOSURE was served via ECF and by first class mail upon:

Donald M. Temple, Esq.
Donald M. Temple, P.C.
1310 L Street, N.W. Suite #750
Washington, DC 20005
dtemplelaw@gmail.com

*Attorneys for Plaintiff*

   /s/ Virginia W. Barnhart
Virginia W. Barnhart (Bar No. 489161